# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In Re:  Alton Thompson )  Case No. 22-20936
Debtor )

## MOTION TO REMOVE/REDACT EMPLOYER INCOME RECORDS, DOCUMENT NO. 4

**COMES NOW** Debtor, Alton Thompson, by and through Counsel, and in support of this Motion to Remove/Redact the Employee Income Records (**Doc. No. 4**), states that:

1. Debtor's Counsel erroneously filed the Employee Income Records listing confidential information.

2. Debtor's Counsel wishes to strike the entire document. Concurrently with the filing of this Motion, Counsel will file a supplemental and redacted document.

**WHEREFORE,** Debtor respectfully requests the Court to redact and/or completely remove the Employee Income Records, Document No. 4, and for such further relief as the Court deems equitable and proper.

Dated: September 29, 2022          Respectfully submitted,
                                   WM Law

                                   s/ Ryan A. Blay
                                   Ryan A. Blay, MO #KS001066; KS #28110
                                   15095 W. 116th St.
                                   Olathe, KS 66062
                                   Phone (913) 422-0909 / Fax (913) 428-8549
                                   blay@wagonergroup.com
                                   ATTORNEY FOR DEBTOR(S)


## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2022, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

                                   s/ Ryan A. Blay

**United States Bankruptcy Court**
**District of Kansas**

In re   __Alton Earl Thompson_____    Case No. _____

                                           Debtor(s)    Chapter    **13** _____

## DECLARATION REGARDING PAYMENT ADVICES OR EVIDENCE OF PAYMENT
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I declare (or certify, verify, or state) under penalty of perjury that the following is true and correct (CHECK ONE OF THESE BOXES):

☐    I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐    I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

☑    I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Executed on  **September 15, 2022**_____  (date) by    **/s/ Alton Earl Thompson**_____

                                                **Alton Earl Thompson**            (debtor)



**Midwest Construction Services**
**dba Trillium Construction/Drivers**
**5555 Gull Road, 3rd Floor**
**Kalamazoo, MI  49048**

3457607

| | | | | Kansas City KS - Drivers  5572 |
|---|---|---|---|---|

| SSN | Employee Name (#) | | Check # | Check Date | YTD Qty/Hrs | YTD Gross Wages |
|---|---|---|---|---|---|---|
| xxx-xx | Alton E. Thompson (3493416) | | 5452661 | 09/09/2022 | 69.42 | 2,025.14 |

**Earnings**

| Company | Pay Period | Pay Freq | Assignment | Wage Code | Hours | Rate | Gross Wages |
|---|---|---|---|---|---|---|---|
| Vistar/Kansas City | 8/29/2022 - 9/04/2022 | Weekly | 803125 | Regular | 40.00 | 28.00 | 1,120.00 |
| Vistar/Kansas City | 8/29/2022 - 9/04/2022 | Weekly | 803125 | Overtime | 5.67 | 42.00 | 238.14 |
| Vistar/Kansas City | 8/29/2022 - 9/04/2022 | Weekly | 803125 | Per Diem-D | 1.00 | 30.00 | 30.00 |

| Withholdings | Taxable | Tax | YTD Taxable | YTD Tax | Deductions | Amount | YTD Ded |
|---|---|---|---|---|---|---|---|
| **Federal Taxes** | | | | | | | |
| Federal Tax | 1,358.14 | 159.71 | 1,995.14 | 202.31 | | | |
| FICA Med | 1,358.14 | 19.69 | 1,995.14 | 28.93 | | | |
| FICA Tax | 1,358.14 | 84.21 | 1,995.14 | 123.70 | | | |
| **State/Local Taxes** | | | | | | | |
| State - Missouri | 1,358.14 | 55.00 | 1,995.14 | 72.00 | | | |

| Gross Check Amount | Total Withholdings | Total Deductions | Net Check Amount |
|---|---|---|---|
| 1,388.14 | 318.61 | 0.00 | 1,069.53 |

**Please contact your local branch office at**
**(913) 725-0310 with any questions.**

Alton E. Thompson
8600 Kessler St
Overland Park, KS  66212

**Non Negotiable**

Check Type: Direct Deposit
Check Number: 5452661



**Your Partner at Work**

Midwest Construction Services
dba Trillium Construction/Drivers
5555 Gull Road, 3rd Floor
Kalamazoo, MI 49048

3452340

| SSN | Employee Name (#) | | Check # | Check Date | YTD Qty/Hrs | YTD Gross Wages |
|---|---|---|---|---|---|---|
| xxx-xx | **Alton E. Thompson (3493416)** | | **5449064** | **09/02/2022** | **22.75** | **637.00** |

Kansas City KS - Drivers 5572

**Earnings**

| Company | Pay Period | Pay Freq | Assignment | Wage Code | Hours | Rate | Gross Wages |
|---|---|---|---|---|---|---|---|
| Vistar/Kansas City | 8/22/2022 - 8/28/2022 | Weekly | 803125 | Regular | 22.75 | 28.00 | 637.00 |

| Withholdings | Taxable | Tax | YTD Taxable | YTD Tax | Deductions | Amount | YTD Ded |
|---|---|---|---|---|---|---|---|
| **Federal Taxes** | | | | | | | |
| Federal Tax | 637.00 | 42.60 | 637.00 | 42.60 | | | |
| FICA Med | 637.00 | 9.24 | 637.00 | 9.24 | | | |
| FICA Tax | 637.00 | 39.49 | 637.00 | 39.49 | | | |
| **State/Local Taxes** | | | | | | | |
| State - Missouri | 637.00 | 17.00 | 637.00 | 17.00 | | | |

| Gross Check Amount | Total Withholdings | Total Deductions | Net Check Amount |
|---|---|---|---|
| 637.00 | 108.33 | 0.00 | 528.67 |

Please contact your local branch office at
(913) 725-0310 with any questions.

Alton E. Thompson
8600 Kessler St
Overland Park, KS 66212

**Non Negotiable**

Check Type: Direct Deposit
Check Number: 5449064

Holtgrave Distributing Inc.
654 East State Street
OFallon, IL 62269

Alton E Thompson
8600 Kessler St
Overland, KS 66212

---

**Employee Pay Stub**  Check number:  Pay Period: 08/21/2022 - 08/27/2022  Pay Date: 09/01/2022

**Employee**  SSN

Alton E Thompson, 8600 Kessler St, Overland, KS 66212

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 21:00 | 25.00 | 525.00 | 17,475.00 |
| Other | | | | 462.50 |
| Holiday Pay | | | | 200.00 |
| | 21:00 | | 525.00 | 18,137.50 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -29.00 | -2,272.00 |
| Social Security Employee | | | -32.55 | -1,124.53 |
| Medicare Employee | | | -7.61 | -262.99 |
| KS - Withholding | | | -18.00 | -862.00 |
| | | | -87.16 | -4,521.52 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| Alton Thompson-Chapter 13 | | | | -1,153.85 |

| Net Pay | | | 437.84 | 12,462.13 |

654 East State Street, OFallon, IL 62269

Holtgrave Distributing Inc.
654 East State Street
OFallon, IL 62269


Alton E Thompson
8600 Kessler St
Overland, KS 66212

---

**Employee Pay Stub**  Check number: DD  Pay Period: 08/07/2022 - 08/13/2022  Pay Date: 08/17/2022

**Employee**  SSN

Alton E Thompson, 8600 Kessler St, Overland, KS 66212

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 55:00 | 25.00 | 1,375.00 | 15,300.00 |
| Other | | | | 462.50 |
| Holiday Pay | | | | 200.00 |
| | 55:00 | | 1,375.00 | 15,962.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -163.00 | -2,019.00 |
| Social Security Employee | -85.25 | -989.68 |
| Medicare Employee | -19.94 | -231.46 |
| KS - Withholding | -66.00 | -763.00 |
| | -334.19 | -4,003.14 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Alton Thompson-Chapter 13 | -230.77 | -923.08 |

| Net Pay | 810.04 | 11,036.28 |
|---|---|---|

654 East State Street, OFallon, IL 62269

Holtgrave Distributing Inc.
654 East State Street
OFallon, IL 62269


Alton E Thompson
8600 Kessler St
Overland, KS 66212

| Employee Pay Stub | | Check number: | | | Pay Period: 07/24/2022 - 07/30/2022 | | Pay Date: 08/04/2022 |

**Employee**                                                   SSN

Alton E Thompson, 8600 Kessler St, Overland, KS 66212

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 58:45 | 25.00 | 1,468.75 | 12,318.75 |
| Other | | | | 462.50 |
| Holiday Pay | | | | 200.00 |
| | 58:45 | | 1,468.75 | 12,981.25 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -184.00 | -1,642.00 |
| Social Security Employee | -91.06 | -804.84 |
| Medicare Employee | -21.30 | -188.23 |
| KS - Withholding | -71.00 | -618.00 |
| | -367.36 | -3,253.07 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Alton Thompson-Chapter 13 | -230.77 | -461.54 |

| Net Pay | 870.62 | 9,266.64 |

654 East State Street, OFallon, IL 62269

Holtgrave Distributing Inc.
654 East State Street
OFallon, IL 62269


Alton E Thompson
8600 Kessler St
Overland, KS 66212

| Employee Pay Stub | Check number: DD | | Pay Period: 07/17/2022 - 07/23/2022 | Pay Date: 07/28/2022 |
|---|---|---|---|---|

**Employee**

SSN

Alton E Thompson, 8600 Kessler St, Overland, KS 66212

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 68:00 | 25.00 | 1,700.00 | 10,850.00 |
| Other | 18:30 | 25.00 | 462.50 | 462.50 |
| Holiday Pay | | | | 200.00 |
| | 86:30 | | 2,162.50 | 11,512.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -341.00 | -1,458.00 |
| Social Security Employee | -134.08 | -713.78 |
| Medicare Employee | -31.35 | -166.93 |
| KS - Withholding | -111.00 | -547.00 |
| | -617.43 | -2,885.71 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Alton Thompson-Chapter 13 | -230.77 | -230.77 |

| Net Pay | | |
|---|---|---|
| | 1,314.30 | 8,396.02 |

654 East State Street, OFallon, IL 62269

Holtgrave Distributing Inc.
654 East State Street
OFallon, IL 62269

Please note Fri 15th and Sat 16th hours were estimated!  Will adjust next payroll!
On Vacation until 22nd.   Rhonda

Alton E Thompson
8600 Kessler St
Overland, KS 66212

| **Employee Pay Stub** | | Check number: DD | | | Pay Period: 07/10/2022 - 07/16/2022 | | Pay Date: 07/21/2022 |
|---|---|---|---|---|---|---|---|

**Employee**        SSN

Alton E Thompson, 8600 Kessler St, Overland, KS 66212

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 48:00 | 25.00 | 1,200.00 | 9,150.00 |
| Holiday Pay | | | | 200.00 |
| | 48:00 | | 1,200.00 | 9,350.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -125.00 | -1,117.00 |
| Social Security Employee | -74.40 | -579.70 |
| Medicare Employee | -17.40 | -135.58 |
| KS - Withholding | -56.00 | -436.00 |
| | -272.80 | -2,268.28 |

| Net Pay | 927.20 | 7,081.72 |
|---|---|---|

654 East State Street, OFallon, IL 62269

Holtgrave Distributing Inc.
654 East State Street
OFallon, IL 62269

Alton E Thompson
8600 Kessler St
Overland, KS 66212

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Employee Pay Stub | Check number: | Pay Period: 07/03/2022 - 07/09/2022 | Pay Date: 07/14/2022 |
|---|---|---|---|

**Employee**                                                                SSN

Alton E Thompson, 8600 Kessler St, Overland, KS 66212

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 67:00 | 25.00 | 1,675.00 | 7,950.00 |
| Holiday Pay | 8:00 | 25.00 | 200.00 | 200.00 |
|  | 75:00 |  | 1,875.00 | 8,150.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax |  |  | 0.00 | 0.00 |
| Federal Withholding |  |  | -273.00 | -992.00 |
| Social Security Employee |  |  | -116.25 | -505.30 |
| Medicare Employee |  |  | -27.19 | -118.18 |
| KS - Withholding |  |  | -94.00 | -380.00 |
|  |  |  | -510.44 | -1,995.48 |

| Net Pay | | | 1,364.56 | 6,154.52 |
|---|---|---|---|---|

654 East State Street, OFallon, IL 62269

Holtgrave Distributing Inc.
654 East State Street
OFallon, IL 62269


Alton E Thompson
8600 Kessler St
Overland, KS 66212

---

**Employee Pay Stub**  Check number:  Pay Period: 06/19/2022 - 06/25/2022  Pay Date: 06/30/2022

**Employee**  SSN

Alton E Thompson, 8600 Kessler St, Overland, KS 66212

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 32:30 | 25.00 | 812.50 | 4,562.50 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -64.00 | -542.00 |
| Social Security Employee | | | -50.38 | -282.88 |
| Medicare Employee | | | -11.78 | -66.16 |
| KS - Withholding | | | -34.00 | -211.00 |
| | | | -160.16 | -1,102.04 |

| Net Pay | | | 652.34 | 3,460.46 |



Holtgrave Distributing Inc.
654 East State Street
OFallon, IL 62269


Alton E Thompson
8600 Kessler St
Overland, KS 66212

| Employee Pay Stub | Check number: | | Pay Period: 06/12/2022 - 06/18/2022 | Pay Date: 06/23/2022 |
|---|---|---|---|---|

**Employee**                **SSN**

Alton E Thompson, 8600 Kessler St, Overland, KS 66212

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 66:30 | 25.00 | 1,662.50 | 3,750.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -227.00 | -478.00 |
| Social Security Employee | | | -103.07 | -232.50 |
| Medicare Employee | | | -24.11 | -54.38 |
| KS - Withholding | | | -82.00 | -177.00 |
| | | | -436.18 | -941.88 |

| Net Pay | | | 1,226.32 | 2,808.12 |
|---|---|---|---|---|

654 East State Street, OFallon, IL 62269

Holtgrave Distributing Inc.
654 East State Street
OFallon, IL 62269



Alton E Thompson
8600 Kessler St
Overland, KS 66212

| Employee Pay Stub | Check number: | Pay Period: 07/31/2022 - 08/06/2022 | Pay Date: 08/11/2022 |
|---|---|---|---|

| Employee | SSN |
|---|---|

Alton E Thompson, 8600 Kessler St, Overland, KS 66212

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 64:15 | 25.00 | 1,606.25 | 13,925.00 |
| Other | | | | 462.50 |
| Holiday Pay | | | | 200.00 |
| | 64:15 | | 1,606.25 | 14,587.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -214.00 | -1,856.00 |
| Social Security Employee | -99.59 | -904.43 |
| Medicare Employee | -23.29 | -211.52 |
| KS - Withholding | -79.00 | -697.00 |
| | -415.88 | -3,668.95 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Alton Thompson-Chapter 13 | -230.77 | -692.31 |

| Net Pay | 959.60 | 10,226.24 |
|---|---|---|

654 East State Street, OFallon, IL 62269

**Employee**        **SSN**

Alton E Thompson, 8600 Kessler St, Overland, KS 66212

Pay Period: 06/05/2022 - 06/11/2022        Pay Date: 06/16/2022

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 69:00 | 25.00 | 1,725.00 | 2,087.50 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | |
| Federal Withholding | | | -240.00 | -251.00 |
| Social Security Employee | | | -106.95 | -129.43 |
| Medicare Employee | | | -25.01 | -30.27 |
| KS - Withholding | | | -86.00 | -95.00 |
| | | | -457.96 | -505.70 |

| Net Pay | | | 1,267.04 | 1,581.80 |
|---|---|---|---|---|

654 East State Street, OFallon, IL 62269