**Form dirpymps,ksdirpym**  (Revised 12/01/2009)

### United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 22–20936                                Chapter:  13

In re:

Alton Earl Thompson

8600 Kessler St.
Overland Park, KS 66212

SSN: xxx–xx–2394

| Entered By The Court 12/15/22 | ORDER DIRECTING PAYMENT OF FILING FEES | **Filed By The Court** 12/15/22 David D. Zimmerman Clerk of Court US Bankruptcy Court |
| --- | --- | --- |

This matter is before the Court on the debtor(s) voluntary petition for relief under Chapter 13 of title 11, United States Code which was filed on September 28, 2022. The petition was not accompanied by the filing fees, an application to pay filing fees in installments (if applicable), or an application for waiver of the chapter 7 filing fee(if applicable), as prescribed by 28 U.S.C. §1930.

The debtor(s) are ORDERED to pay to the Clerk of the United States Bankruptcy Court the filing fees in the amount of 313.00 or, if eligible, file either an application to pay filing fee in installments or an application for waiver of the chapter 7 filing fee pursuant to Fed. R. Bankr. P. 1006, within fourteen (14) days of the date hereof, or this case will be DISMISSED WITHOUT FURTHER NOTICE.

Document 24

s/ Robert D. Berger
United States Bankruptcy Judge