**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 14th day of March, 2023.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF KANSAS

IN RE:

**Alton Earl Thompson**
**8600 Kessler St.**                              **Case No: 22-20936-13**
**Overland Park, KS 66212**

SSN: XXX-XX-2394

### ORDER TO EMPLOYER TO PAY TRUSTEE

**HOLTGRAVE DISTRIBUTION, INC: ATTN PAYROLL DEPT**
**654 E STATE ST**
**O'FALLON, IL 62269**

   **Alton Earl Thompson** is a Debtor in a Chapter 13 Bankruptcy case. Debtor's Plan to repay creditors proposes to pay **$2,700.00 a month** to the bankruptcy trustee to distribute to creditors through a wage withholding order.

You are **ORDERED** to withhold the sum of **$2,700.00** monthly from the wages, or other compensation, of Alton Earl Thompson beginning on the next pay period following receipt of this Order, and pay over the same to:

**W.H. GRIFFIN, TRUSTEE**
**PO BOX 412573**
**KANSAS CITY MO 64141-2573**

You may remit payments electronically.

**Go to https://tfsbillpay.com/employer**

If the Debtor is paid on a frequency other than monthly, these payment amounts will apply:

$623.08 Weekly
$1246.16 Bi-Weekly
$1350.00 Semi-Monthly

**Put the name of the Debtor and the above bankruptcy case number on your payment to the Trustee.**

You are also **ORDERED** to notify the Trustee if the employment of the Debtor terminates and the reason for such termination.

You shall continue to withhold all federal and state tax withholdings, (including FICA, Social Security and Medicare), insurance, pension contributions or pension loan repayments, union dues, child support and maintenance, which are in accordance with your usual payroll procedures. After payment of these amounts, together with the monies remitted to the bankruptcy trustee, the balance of the wages, or other compensation, shall be paid to the Debtor.

This is not a garnishment, but is a payment made pursuant to the Debtor's voluntary Chapter 13 Plan. Accordingly, you are not permitted to, and are ordered not to, deduct any sum from the Debtor's earnings for any expenses for administering this Order.

      **IT IS SO ORDERED**

###

s/W.H. GRIFFIN, Chapter 13 Trustee
W.H. GRIFFIN #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com