# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

In Re:    Alton E. Thompson                    )          Case No. 22-20936
                                               )
                              Debtor    )

## **<u>REQUEST FOR ATTORNEYS FEES PURSUANT TO §503(b)</u>**

COMES NOW, Ryan A. Blay attorney for the Debtor, and pursuant to 11 U.S.C. §503(b) hereby requests the allowance of attorney fees.  In support thereof, the undersigned states the following:

1. The undersigned attorney was retained by the Debtors to represent them in the above described Chapter 13 proceeding.

2. The Agreement for legal services between the Debtor and the Debtor's counsel provides that the Debtor's counsel is to be paid the sum of $4,100.00 for representation in this matter.  The Debtor's counsel has performed services and incurred expenses with respect to this matter, the reasonable value of such is at least the sum of $4,100.00.

3. The Debtor has paid $0.00 towards those fees leaving a balance of $4,100.00 that is presently due to the undersigned counsel.

4. The Debtor's counsel has determined from information obtained from the National Data Center that the Trustee is presently in possession of undistributed funds in the amount of $2,428.80.

5. The Debtor's Chapter 13 filing fee has been paid in full.

6. The rate charged and the time expended by the undersigned counsel in matters related to this motion are reasonable considering the issues presented in this case.  The rate charged in this case is commensurate with the rate charged by other attorneys in this community for comparable legal services and the results accomplished by performance of such services.

7. This case was dismissed prior to confirmation because the Debtor was unable to continue making payments.

8. The Debtor's counsel has met with the Debtor several times before and after the filing of this case in person as well as telephonically and via electronic mail. The Debtor's counsel spent more than 8 months trying to get the proposed plan confirmed but was unable to get the necessary documents and information from the Debtor.

9. The Chapter 13 Trustee is entitled to a fee in the handling of this case and counsel is entitled to the requested fee.

WHEREFORE, the Debtor's counsel requests an Order of this Honorable Court allowing compensation in the amount of $2,428.80 [less the trustee's fees, if any], to be paid by the Trustee as an administrative expense, pursuant to 11 U.S.C. §503(b).

Dated: 07/11/2023

Respectfully submitted,
WM Law

/s/ Ryan A. Blay
Ryan A. Blay, KS#28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909
Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR

## NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING ON DEBTOR'S MOTION

NOTICE IS HEREBY GIVEN that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before August 1, 2023, the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a nonevidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room 151, Kansas City, Kansas 66101, on August 22, 2023, at 1:30 p.m., or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2023, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

Alton Thompson
8600 Kessler St.
Overland Park, KS 66212

William H. Griffin
4350 Shawnee Mission Pkwy, #13
Fairway, KS 66205-2535

s/ Jeffrey L. Wagoner