In Re:     Alton E. Thompson                    )               Case No. 22-20936
                                                 )
                                    Debtor    )

### REQUEST FOR ATTORNEYS FEES PURSUANT TO §503(b)

COMES NOW, Ryan A. Blay attorney for the Debtor, and pursuant to 11 U.S.C. §503(b) hereby requests the allowance of attorney fees.  In support thereof, the undersigned states the following:

1.     The undersigned attorney was retained by the Debtors to represent them in the above described Chapter 13 proceeding.

2.     The Agreement for legal services between the Debtor and the Debtor's counsel provides that the Debtor's counsel is to be paid the sum of $4,100.00 for representation in this matter.  The Debtor's counsel has performed services and incurred expenses with respect to this matter, the reasonable value of such is at least the sum of $4,100.00.

3.     The Debtor has paid $0.00 towards those fees leaving a balance of $4,100.00 that is presently due to the undersigned counsel.

4.     The Debtor's counsel has determined from information obtained from the National Data Center that the Trustee is presently in possession of undistributed funds in the amount of $2,428.80.

5.     The Debtor's Chapter 13 filing fee has been paid in full.

6.     The rate charged and the time expended by the undersigned counsel in matters related to this motion are reasonable considering the issues presented in this case.  The rate charged in this case is commensurate with the rate charged by other attorneys in this community for comparable legal services and the results accomplished by performance of such services.

7.     This case was dismissed prior to confirmation because the Debtor was unable to continue making payments.

8.     The Debtor's counsel has met with the Debtor several times before and after the filing of this case in person as well as telephonically and via electronic mail. The Debtor's counsel spent more than 8 months trying to get the proposed plan confirmed but was unable to get the necessary documents and information from the Debtor.

9.     The Chapter 13 Trustee is entitled to a fee in the handling of this case and counsel is entitled to the requested fee.

WHEREFORE, the Debtor's counsel requests an Order of this Honorable Court allowing compensation in the amount of $2,428.80 [less the trustee's fees, if any], to be paid by the Trustee as an administrative expense, pursuant to 11 U.S.C. §503(b).

Dated: 07/11/2023

Respectfully submitted,
WM Law

/s/ Ryan A. Blay
Ryan A. Blay, KS#28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909
Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR

## NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING ON DEBTOR'S MOTION

NOTICE IS HEREBY GIVEN that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before August 1, 2023, the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a nonevidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room 151, Kansas City, Kansas 66101, on August 22, 2023, at 1:30 p.m., or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2023, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

Alton Thompson
8600 Kessler St.
Overland Park, KS 66212

William H. Griffin
4350 Shawnee Mission Pkwy, #13
Fairway, KS 66205-2535

s/ Jeffrey L. Wagoner

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1083-2<br>Case 22-20936<br>District of Kansas<br>Kansas City<br>Tue Feb 14 15:20:03 CST 2023 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Account Resolution Corp<br>17600 Chesterfield Airport Rd<br>STE 201<br>Chesterfield MO 63005-1246 |
| Account Resolution Corp<br>Attn: Bankruptcy<br>PO Box 3860<br>Chesterfield MO 63006-3860 | Ad Astra Recovery Service<br>7330 W 33rd ST N STE 118<br>Wichita KS 67205-9370 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Athletico Physical Therapy<br>600 Oakmont Ln, Ste. 600C<br>Westmont IL 60559-5548 | Capital One Bank USA NA<br>PO Box 31293<br>Salt Lake City UT 84131-0293 | Capital One NA<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118-7901 |
| Child Support Enforcement<br>415 SW 8th, 2nd Fl.<br>Topeka KS 66603-3949 | Chime - Stride Bank<br>PO Box 417<br>San Francisco CA 94104-0417 | Chimefin/Stride Bank<br>101 California St, Ste. 500<br>San Francisco CA 94111-5802 |
| Chrysler Capital<br>PO Box 961275<br>Fort Worth TX 76161-0275 | Credit One Bank<br>6801 S Cimarron Road<br>Las Vegas NV 89113-2273 | Donnette Thompson<br>600 Friendship Way #102<br>Culpeper VA 22701-4336 |
| ECMC<br>PO Box 16408<br>Saint Paul MN 55116-0408 | Internal Revenue Service<br>Centralized Insolvency Ops<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Johnson County Wastewater<br>118S Sunset Dr., Ste. 2500<br>Olathe KS 66061 |
| (p)JOHNSON COUNTY  KANSAS<br>ATTN TAMMY HENDRIX<br>111 S CHERRY STREET<br>SUITE 3200<br>OLATHE KS 66061-3487 | KC Disposal<br>10011 Woodend Rd<br>Kansas City KS 66111-1763 | Kansas Child Suppord Enf<br>915 SW Harrison<br>Topeka KS 66612-1505 |
| Kansas Department of Revenue<br>915 SW Harrison<br>Topeka KS 66625-0002 | Kansas Department of Revenue<br>Civil Tax Enforcement<br>PO Box 12005<br>Topeka KS 66611-2005 | LVNV Funding<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 |
| Michael Hurt<br>945 E. CHARLOTTE TOWN ROAD,<br>Olathe KS 66061-7104 | NAVIENT  PC TRUST<br>C/O Navient Solutions, LLC.<br>PO BOX 9640<br>Wilkes-Barre, PA 18773-9640 | OneMain<br>100 International Drive<br>15th Floor<br>Baltimore MD 21202-4784 |
| OneMain<br>Bankruptcy Dept<br>PO Box 6042<br>Sioux Falls SD 57117-6042 | Phylandria Brown<br>115 Broad St.<br>Mount Holly NJ 08060-1463 | Pinnacle Credit Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |

| | | |
|---|---|---|
| Pinnacle Credit Services, LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Santander Consumer USA<br>Bankruptcy Dept<br>PO Box 560284<br>Dallas TX 75356-0284 |
| Santander Consumer USA, Inc.<br>d/b/a Chrysler Capital<br>P.O. Box 961275<br>Fort Worth, TX 76161-0275 | Santander Consumer, USA<br>PO BOX 961278<br>Fort Worth TX 76161-0278 | (p)SNAP ON CREDIT<br>950 TECHNOLOGY WAY<br>SUITE 301<br>LIBERTYVILLE IL 60048-5339 |
| Steven Schulte<br>8135 Woodland Dr.<br>Lenexa KS 66220-2903 | U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 | Verizon Wireless<br>Attn: Bankruptcy<br>500 Technology Dr, Ste. 550<br>Weldon Spring MO 63304-2225 |
| Virginia Dept of Social Servic<br>attn: Child Support Division<br>801 E. Main St.<br>Richmond VA 23219-2901 | Virginia Division of Child<br>Support Enforcement<br>Bankruptcy Unit<br>PO Box 71900<br>Henrico VA 23255-1900 | Virginia Division of Child Support Enforceme<br>Bankruptcy Unit<br>P.O. Box 71900<br>Henrico, VA 23255-1900 |
| Alton Earl Thompson<br>8600 Kessler St.<br>Overland Park, KS 66212-3541 | Ryan A Blay<br>WM Law<br>15095 W 116th St<br>Olathe, KS 66062-1098 | William H Griffin<br>5115 Roe Blvd Ste 200<br>Roeland Park, KS 66205-2393 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems LLC<br>PO Box 7999<br>St Cloud, MN 56302-9617 | (d)JEFFERSON CAPITAL SYSTEMS LLC<br>PO Box 7999<br>St Cloud MN 56302 | Johnson County Wastewater<br>PO Box 219948<br>Kansas City MO 64121-9948 |
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Snap-On Credit<br>950 Technology Way<br>Suite 301<br>Libertyville IL 60048 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (d)Navient PC Trust<br>c/o Navient Solutions, Inc.<br>PO BOX 9640<br>Wilkes Barre PA 18773-9640 | End of Label Matrix<br>Mailable recipients    44<br>Bypassed recipients     2<br>Total                  46 |