W.H. Griffin, #08060
5115 Roe Blvd., Ste. 200
Roeland Park KS 66205-2393
(913)677-1311
Chapter 13 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Chapter 13 |
| Alton Earl Thompson | ) | Case No. 22-20936 |
| Debtors | ) | |

## TRUSTEE'S MOTION TO FILE RESPONSE OUT OF TIME
## TO THE REQUEST FOR FEES FILED BY THE DEBTOR'S ATTORNEY

**COMES NOW** William H. Griffin, Chapter 13 Trustee, and hereby moves the Court for an Order allowing the Trustee to respond to the debtor's attorney's Request for Attorney's Fees Pursuant to Section 503(b). In support of the Trustee's motion, the Court is advised:

1. The above case was filed on September 28, 2022.

2. The case was not confirmed.

3. The case was dismissed on June 28, 2023, for the debtor's failure to remit Plan payments.

4. On or prior to the June 28, 2023, Order of dismissal, the debtor had remitted a total of $7,420.00.

5. The debtor's attorney filed a Request for Attorney's Fees Pursuant to Section 503(b) on July 11, 2023. The attorney requested the Trustee pay the debtor's attorney the sum of $2,428.80 from the on-hand funds held by the Trustee as payment towards the debtor's current fees of $4,100.00. The Request for Attorney's Fees states that the Trustee is entitled to a fee in the handling of this case and counsel is entitled to the requested fee.

6. The Trustee needs the Court's direction for any Chapter 13 Trustee's fees that may be allowed.

7. The Trustee inadvertently missed the deadline to respond to the Request for Attorney's Fees pursuant to Section 503(b).

8. The debtor's Attorney has no objection to the Trustee's motion to respond out of time.

**WHEREFORE**, the Chapter 13 Trustee prays the Court enter an order allowing him to respond out of time to the debtor's Motion to Modify Chapter 13 Plan.

Respectfully submitted,

s/W.H. Griffin, Chapter 13 Trustee___
W.H. Griffin, Chapter 13 Trustee #08060
5115 Roe Blvd., Ste. 200
Roeland Park KS 66205-2393
(913)677-1311
(913)432-7857 (Fax)
inquiries@13trusteekc.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and attested copy of the above and foregoing Motion has been forwarded to the following either electronically or by U.S. Mail, first class postage prepaid, on August 9, 2023:

s/W.H. Griffin, Trustee_____
W.H. Griffin, Trustee   #08060

Ryan Blay, Esq.
WM Law
15095 W. 116th St.
Olathe KS 66062

Alton Earl Thompson
8600 Kessler St.
Overland Park KS 66212