W.H. Griffin, #08060
5115 Roe Blvd., Ste. 200
Roeland Park KS 66205-2393
(913)677-1311
Chapter 13 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In Re:                                  )
                                        )        Chapter 13
 Alton Earl Thompson,                   )        Case No. 22-20936
                          Debtor        )

## CHAPTER 13 TRUSTEE'S RESPONSE TO THE REQUEST FOR ATTORNEY FEES PURSUANT TO SECTION 503(b) FILED BY THE DEBTOR'S ATTORNEY AND REQUEST FOR DIRECTION ON PAYMENT OF TRUSTEE'S FEES

**COMES NOW** William H. Griffin, Chapter 13 Trustee, and hereby responds to the Request for Attorneys Fees Pursuant to Section 503(b) (Doc. 55). In support of the Trustee's Response, the Court is advised:

1. The above case was filed on September 28, 2022.

2. The case was dismissed on June 28, 2023, for the debtor's failure to remit Plan payments.

3. The case was not confirmed.

4. On or prior to the June 28, 2023, Order of Dismissal (Doc. 52), the debtor had remitted Plan payments totaling $7,420.00.

5. The debtor's attorney filed a Request for Attorneys Fees Pursuant to Section 503(b) on July 11, 2023. The attorney requested the Trustee pay the debtor's attorney the sum of $2,428.80 from the funds on-hand held by the Trustee as payment towards the debtor's current outstanding fees of $4,100.00. The Request for Attorneys Fees states the Trustee is entitled to a fee in the handling of this case and counsel is entitled to the requested fee.

6. Pursuant to the terms of the Plan, the Trustee disbursed pre-confirmation adequate protection payments to secured creditors Jefferson Capital Systems LLC, Snap-On Credit Corporation, and Santander Consumer USA totaling $4,397.60.

7. The Trustee received a total amount of $593.60 in Trustee's fees during the pendency of this case. The Trustee notes that *In re Doll*, 57 F.4th 1129 (10th Cir. 2023) was

decided on January 18, 2023. As per this decision, the Trustee is required to return to the debtor Trustee's fees received in cases dismissed prior to confirmation.

8. The Trustee received $83.20 in Trustee's fees prior to the *In re Doll* decision and has received $510.40 in Trustee's fees post *In re Doll*. To date, the Trustee's fees have not been reversed or refunded.

9. Assuming the Request for Attorneys Fees is granted in the requested amount of $2,428.80, the Trustee will have disbursed a total of $6,826.40 to creditors and if the case had been confirmed the Trustee would be entitled to the fees of $593.60.

**WHEREFORE**, the Chapter 13 Trustee requests that the Court provide instruction as to the amount of fees, if any, the Trustee is allowed to retain.

Respectfully submitted,

s/W.H. Griffin, Chapter 13 Trustee
W.H. Griffin #08060
5115 ROE BLVD, SUITE 200
ROELAND PARK, KS 66205-2393
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that a true and attested copy of the above and foregoing Motion has been forwarded to the following either electronically or by U.S. Mail, first class postage prepaid, on August 14, 2023:

Ryan Blay, Esq.
WM Law
15095 W. 116th St.
Olathe KS 66062

Alton Earl Thompson
8600 Kessler St.
Overland Park KS 66212

s/W.H. Griffin, Chapter 13 Trustee
W.H. Griffin #08060
5115 ROE BLVD, SUITE 200
ROELAND PARK, KS 66205-2393
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com