# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In Re: )
                                  )        Chapter 13

Alton Earl Thompson,        )        Case No. 22-20936

                   Debtor    )

## NOTICE OF NONEVIDENTIARY HEARING ON CHAPTER 13 TRUSTEE'S RESPONSE TO THE REQUEST FOR ATTORNEY FEES PURSUANT TO SECTION 503(b) FILED BY THE DEBTOR'S ATTORNEY AND REQUEST FOR DIRECTION ON PAYMENT OF TRUSTEE'S FEES

The above-named debtor and debtor's attorney are hereby notified the above Response is set to a non-evidentiary hearing that will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room 151, Kansas City, Kansas 66101 on August 22, 2023 at 9:30am.

                                        s/W.H. Griffin, Chapter 13 Trustee
                                        W.H. Griffin #08060
                                         5115 ROE BLVD, SUITE 200
                                         ROELAND PARK, KS 66205-2393
                                         (913)-677-1311
                                         (913)-432-7857 (Fax)
                                         inquiries@13trusteekc.com

## CERTIFICATE OF MAILING

I, the undersigned, hereby certify that a true and correct copy of the foregoing Notice was filed electronically on August 14, 2023, using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system and shall be served by U.S. Mail, First Class, postage prepaid, to parties listed below:

Ryan Blay, Esq.
WM Law
15095 W. 116th St.
Olathe KS 66062

Alton Earl Thompson
8600 Kessler St.
Overland Park KS 66212

                                         s/W.H. Griffin, Chapter 13 Trustee
                                         W.H. Griffin #08060
                                         5115 ROE BLVD, SUITE 200
                                         ROELAND PARK, KS 66205-2393
                                         (913)-677-1311
                                         (913)-432-7857 (Fax)
                                         inquiries@13trusteekc.com