U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
8/22/2023
Hon. Robert D. Berger, Presiding

01:30 PM

_____

Case Information:
      22-20936 Alton Earl Thompson   Chapter: 13
Judge: RDB    Filed: 09/28/2022     Pln Confirmed:

_____

Appearances:
      ✓  Ryan A Blay  representing  Alton Earl Thompson  (Debtor)
      ✓  William H Griffin  (Trustee)

_____

Issue(s):
    [55]  Application for Compensation  for Ryan A Blay, Debtor's Attorney, Period: 9/28/2022 to 6/29/2023, Fee: $2,428.80, Expenses: $0. Filed on behalf of Attorney Ryan A Blay, with Certificate of Service.

    [60]  Response to (related document(s): 55 Application for Compensation  for Ryan A Blay, Debtor's Attorney, Period: 9/28/2022 to 6/29/2023, Fee: $2,428.80, Expenses: $0. filed by Debtor Alton Earl Thompson)  Filed by Trustee William H Griffin

_____

Notes/Decision:

Application approved.  Order by Mr. Blay.

_____

Courtroom Deputy: Shawna Taylor
ECRO Reporter:  Cindy Merrick