U.S. Bankruptcy Court - District of Kansas
AMENDED Court Room Minute Sheet
8/22/2023
Hon. Robert D. Berger, Presiding

01:30 PM

_____

Case Information:
  22-20936 Alton Earl Thompson Chapter: 13
Judge: RDB Filed: 09/28/2022  Pln Confirmed:

_____

Appearances:
   ✓ Ryan A Blay representing Alton Earl Thompson (Debtor)
   ✓ William H Griffin (Trustee)

_____

Issue(s):
  [55] Application for Compensation for Ryan A Blay, Debtor's Attorney, Period:
9/28/2022 to 6/29/2023, Fee: $2,428.80, Expenses: $0. Filed on behalf of Attorney Ryan A
Blay, with Certificate of Service.

  [60] Response to (related document(s): 55 Application for Compensation for Ryan A
Blay, Debtor's Attorney, Period: 9/28/2022 to 6/29/2023, Fee: $2,428.80, Expenses: $0. filed by
Debtor Alton Earl Thompson) Filed by Trustee William H Griffin

_____

Notes/Decision:

The application is approved, fees are to be paid as an administrative expense.  The Trustee is to
receive their fee on what is distributed to Debtor's attorney.

_____

Courtroom Deputy: Shawna Taylor
ECRO Reporter:  Cindy Merrick