U.S. Bankruptcy Court - District of Kansas
2nd AMENDED Court Room Minute Sheet
8/22/2023
Hon. Robert D. Berger, Presiding

01:30 PM

Case Information:
22-20936 Alton Earl Thompson   Chapter: 13
Judge: RDB    Filed: 09/28/2022      Pln Confirmed:

Appearances:
- ✓ Ryan A Blay   representing  Alton Earl Thompson  (Debtor)
- ✓ William H Griffin  (Trustee)

Issue(s):
[55]  Application for Compensation  for Ryan A Blay, Debtor's Attorney, Period: 9/28/2022 to 6/29/2023, Fee: $2,428.80, Expenses: $0. Filed on behalf of Attorney Ryan A Blay, with Certificate of Service.

[60]  Response to (related document(s): 55 Application for Compensation  for Ryan A Blay, Debtor's Attorney, Period: 9/28/2022 to 6/29/2023, Fee: $2,428.80, Expenses: $0. filed by Debtor Alton Earl Thompson)  Filed by Trustee William H Griffin

Notes/Decision:

Case dismissed prior to confirmation. The Court retains ancillary jurisdiction with respect to administrative expense claims. Attorney fees are approved, they will be paid as an administrative expense under 349, the trustee is entitled to the fee on what is distributed to Mr. Blay's law firm.

Courtroom Deputy: Shawna Taylor
ECRO Reporter:  Cindy Merrick