**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 18th day of September, 2023.**



_____

Robert D. Berger
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In Re:     Alton E. Thompson                              )                    Case No. 22-20936
                                              Debtor    )

### ORDER APPROVING DEBTOR'S COUNSEL'S REQUEST FOR ATTORNEY'S FEES PURSUANT TO §503(b), DOC. #55

On **July 11, 2023,** Debtor's Counsel filed **Doc. 55**, the Request for Attorney Fees under 11 U.S.C. §503(b) (the "Motion").  The Court finds that said Motion, having been noticed with an opportunity for hearing, was heard on August 22, 2023.  Ryan Blay appeared for the movant law firm, and William Griffin appeared for the Chapter 13 Trustee.

The Chapter 13 Trustee did not oppose the award of attorneys fees but sought clarification based on *In re Doll* on whether his office could retain fees upon the distribution of pre-confirmation funds to debtor's counsel.  With the hearing held, and the Court making its findings on the record, this order is satisfactory and therefore should be GRANTED.

**IT IS THEREFORE ORDERED** that said Motion is granted hereby awarding Debtor's

Counsel compensation of no more than $2,428.80, less the Chapter 13 Trustee's administrative fees.

**IT IS SO ORDERED.**

###

Respectfully Submitted,
WM Law

s/ Ryan A. Blay_____
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR(S)

Approved by,

s/ W.H. Griffin_____
Office of the Chapter 13 Trustee
William H. Griffin
5115 Roe Ave, Ste 200
Roeland Park, KS 66205-2393
Phone 913-677-1311 / Fax 913-432-7857