**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 18th day of September, 2023.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS

In Re:   Alton E. Thompson                )                    Case No. 22-20936
                              Debtor    )

### ORDER APPROVING DEBTOR'S COUNSEL'S REQUEST FOR ATTORNEY'S FEES
### PURSUANT TO §503(b), DOC. #55

On **July 11, 2023,** Debtor's Counsel filed **Doc. 55**, the Request for Attorney Fees under 11 U.S.C. §503(b) (the "Motion"). The Court finds that said Motion, having been noticed with an opportunity for hearing, was heard on August 22, 2023. Ryan Blay appeared for the movant law firm, and William Griffin appeared for the Chapter 13 Trustee.

The Chapter 13 Trustee did not oppose the award of attorneys fees but sought clarification based on *In re Doll* on whether his office could retain fees upon the distribution of pre-confirmation funds to debtor's counsel. With the hearing held, and the Court making its findings on the record, this order is satisfactory and therefore should be GRANTED.

**IT IS THEREFORE ORDERED** that said Motion is granted hereby awarding Debtor's Counsel compensation of no more than $2,428.80, less the Chapter 13 Trustee's administrative fees.

**IT IS SO ORDERED.**

###

Respectfully Submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR(S)

Approved by,

s/ W.H. Griffin
Office of the Chapter 13 Trustee
William H. Griffin
5115 Roe Ave, Ste 200
Roeland Park, KS 66205-2393
Phone 913-677-1311 / Fax 913-432-7857

United States Bankruptcy Court

District of Kansas

In re:

Alton Earl Thompson

     Debtor

Case No. 22-20936-RDB

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1083-2             User: admin             Page 1 of 1

Date Rcvd: Sep 19, 2023           Form ID: pdf020          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**         **Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2023:**

**Recip ID**            **Recipient Name and Address**
db                 + Alton Earl Thompson, 8600 Kessler St., Overland Park, KS 66212-3541

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2023            Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2023 at the address(es) listed below:**

**Name**                 **Email Address**

Ryan A Blay

      on behalf of Debtor Alton Earl Thompson blay@wagonergroup.com
      bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com

U.S. Trustee

      ustpregion20.wi.ecf@usdoj.gov

William H Griffin

      inquiries@13trusteekc.com

William H Griffin

      on behalf of Trustee William H Griffin inquiries@13trusteekc.com

TOTAL: 4

Case 22-20936    Doc# 66    Filed 09/21/23    Page 3 of 3
